IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GAVILON INGREDIENTS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TRANS COASTAL SUPPLY COMPANY, INC., <br><br> Defendant. | 8:14-CV-399 <br><br> ORDER |

This matter is before the Court on the Plaintiff's Motion for Leave to File Under Seal (filing 15). Having examined the sealed filing (filing 18), and the stated grounds for the plaintiff's motion to seal, the Court concludes that the plaintiff intended to ask that the document be restricted, rather than sealed. *See* NEGenR 1.3(a)(1)(B); NECivR 5.3(c); NECivR 7.5(c). So construed, the motion will be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Leave to File Under Seal (filing 15), construed as a motion to restrict, is granted.

2. The Clerk of the Court is directed to make filing 18 a restricted access document and regenerate the NEF for filing 18.

Dated this 6th day of February, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge